**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MODERN RAIL CAPITAL, LLC f/k/a MITSUI RAIL CAPITAL, LLC, Plaintiff, v. ALABAMA POWER COMPANY, Defendant. | ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:24-cv-08010 |

## AGREED MOTION FOR CONFIDENTIALITY ORDER

Defendant Alabama Power Company hereby moves pursuant to Federal Rule of Civil Procedure 26(c) for the entry of a Confidentiality Order, and in support thereof states as follows:

1. Plaintiff has requested or may request personnel, financial and proprietary information from Defendant and/or third parties, and Defendant has requested or may request financial and proprietary information from Plaintiff and/or third parties. This potentially includes highly sensitive business information, which may affect the business or competitive position of Plaintiff, Defendant, and/or third parties.

2. Defendant believes that certain documents requested, or that will be requested, by Plaintiff and Defendant (collectively, the "Parties") are entitled to confidentiality under applicable law and have objected to producing such confidential information and documents without a Confidentiality Order to protect the confidentiality of such document and information.

3. The Parties have agreed to the entry of an Agreed Confidentiality Order to resolve such problems and have negotiated a mutually acceptable Agreed Confidentiality Order. The Parties specifically agreed to add a higher level of confidentiality designation for highly sensitive business information that could affect the designating party's business or competition, to be

labeled as attorneys' eyes only.  (A copy of the proposed Agreed Confidentiality Order is attached as **Exhibit A**, and a copy of the redlined proposed Agreed Confidentiality Order is attached as **Exhibit B**.)

4.      By agreeing to the Agreed Confidentiality Order, no Party is admitting that the other Parties are entitled to confidential, proprietary, or private information.

5.      The Parties agree that the entry of the proposed Agreed Confidentiality Order is in the interest of the fair and efficient administration of justice.

WHEREFORE, Defendant Alabama Power Company respectfully requests that this Court grant its Agreed Motion for entry of the proposed Agreed Confidentiality Order.

Dated: June 24, 2025

**TROUTMAN PEPPER LOCKE LLP**

By: _/s/ Molly S. DiRago_

Molly S. DiRago
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 443-0700
Facsimile: (312) 252-6320
Email: molly.dirago@troutman.com

*Attorneys for Defendant Alabama Power Company*

2
