# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Modern Rail Capital, LLC f/k/a Mitsui Rail
Capital, LLC

                                        Plaintiff,

v.                                                          Case No.: 1:24–cv–08010

                                                            Honorable Jorge L.
                                                            Alonso

Alabama Power Company

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 24, 2025:

      MINUTE entry before the Honorable Maria Valdez: The parties' Agreed Motion for Confidentiality Order [21] is granted. Motion hearing set for 7/10/25 is stricken. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.